■ KATHLEEN A. BURGER et al., Appellants, v KENMORE-TOWN OF TONAWANDA UNION FREE SCHOOL DISTRICT, Respondent. (Appeal No. 1.) [17 NYS3d 365]—Appeal from an order of the Supreme Court, Erie County (Thomas P. Franczyk, A.J.), entered November 6, 2013. The order denied the motion of plaintiffs to set aside the verdict and for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.

■ KATHLEEN A. BURGER et al., Appellants, v KENMORE-TOWN OF TONAWANDA UNION FREE SCHOOL DISTRICT, Respondent. (Appeal No. 2.) [17 NYS3d 359]—Appeal from a judgment of the Supreme Court, Erie County (Thomas P. Franczyk, A.J.), entered May 2, 2014. The judgment dismissed the complaint upon a verdict of no cause of action.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Carni, Whalen and DeJoseph, JJ.